No. —, original. Ex parte PATRICK HENRY KELLEY. Motion for hearing on the title of Mr. Justice Black as a member of this Court. Decided October 11, 1937. *Per Curiam:* The motion is denied. *Ex parte Albert Lévitt, supra. Mr. Patrick Henry Kelley, pro se.*

No. 99. EUREKA PRODUCTIONS, INC. *v.* LEHMAN, GOVERNOR, ET AL. Appeal from the District Court of the United States for the Southern District of New York. Decided October 11, 1937. *Per Curiam:* The motion of the appellees to affirm is granted and the order denying an interlocutory injunction is affirmed. (1) *Alabama* v. *United States,* 279 U. S. 229, 231; *United Gas Co.* v. *Public Service Comm'n,* 278 U. S. 322, 326; *National Accounting Co.* v. *Dorman,* 295 U. S. 718. (2) *Mutual Film Corp.* v. *Ohio Industrial Comm'n,* 236 U. S. 230, 240, 241; *Mutual Film Corp.* v. *Kansas,* 236 U. S. 248, 258. *Mr. Henry Pearlman* for appellant. *Mr. Henry Epstein* for appellees.